UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:21-CV-61756-GOODMAN

**[CONSENT]**

COLE-PARMER INSTRUMENT CO., LLC,

    Plaintiff,

v.

PROFESSIONAL LABORATORIES, INC.

    Defendant.

_____/

## DEFENDANT PROFESSIONAL LABORATORIES, INC.'S NOTICE OF SERVICE OF DEFENDANT'S REBUTTAL EXPERT REPORTS OF DR. ERIC BROWN, MR. URY FISCHER AND MR. MARK PARISI

Defendant, Professional Laboratories, Inc. ("Pro Lab" or "Defendant"), by and through its undersigned counsel, hereby respectfully Notices this Court of its submission of its Rebuttal Expert Reports to opposing counsel. Pro Lab states as follows:

1. Pursuant to the Order of the Court the deadline for filing rebuttal expert reports is May 15, 2023.

2. Rebuttal Expert Reports for Defendant, Professional Laboratories, Inc., includes the submission of the following Rebuttal Experts:

   a. Dr. Eric Brown

   b. Mr. Mark Parisi

   c. Mr. Ury Fischer

3. Rebuttal Expert Reports were submitted to Plaintiff's counsel on the attached service list via Adobe Share on May 15, 2023.

1

Dated: This 15th day of May, 2023

Respectfully submitted,

/s/ Lydia B. Cannizzo
Lydia B. Cannizzo, Esq.
Fla. Bar No. 161543
Lydia.Cannizzo@CannizzoChamberlin.net
**CANNIZZO & CHAMBERLIN, P.A.**
8759 SW 53rd Street
Cooper City, FL 33328
Tel: 954-680-1699

Jorge Espinosa, Esq.
Fla. Bar No. 779032
Jorge.espinosa@gray-robinson.com
Francesca Russo, Esq.
Fla. Bar No. 174912
Francesca.russo@gray-robinson.com
**GRAYROBINSON, P.A.**
333 S. E. 2nd Ave
Suite 3200
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887
       And
Joseph S. Rosenbaum, Esq.
Fla. Bar No. 240206
jsr@rosenbaumacevedolaw.com
Kimberly Acevedo, Esq.
ka@rosenbaumacevedolaw.com
**ROSENBAUM & ACEVEDO, LLP**
100 S.E. 2nd Street, Suite 3400
Miami, FL 33131
Tel: (305) 446-6099
Fax: (305) 675-6156

*Counsel for Defendant*
*Professional Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the CM/ECF and forwarded this 15th day of May 2023 to the respective counsel of record on the following Service List.

/s/Lydia B. Cannizzo
Lydia B. Cannizzo, Esq. (Fla. Bar No.:0161543)
Cannizzo & Chamberlin, P.A.
8759 SW 53rd Street, Cooper City, FL 33328
Phone: (954)680-1699
Email: Lydia.Cannizzo@CannizzoChamberlin.net
Counsel for the Defendant–Professional Laboratories, Inc.

| Plaintiff's Counsel | Defendant's Counsel |
|---|---|
| Charles M. Rosenberg<br>Email: crosenberg@carltonfields.com<br>Aaron Weiss (FBN 48813)<br>Email: aweiss@carltonfields.com,<br>Carlton Fields, P.A.<br>700 NW 1st Ave.,<br>Suite 1200<br>Miami, FL 33136-4118<br>Phone : (305)530-0050<br>Michael A. Grow<br>(admitted PHV)<br>michael.grow@afslaw.com<br>Janine A. Carlan<br>(admitted PHV)<br>janine.carlan@afslaw.com<br>Ross Q. Panko<br>(admitted PHV)<br>ross.panko@afslaw.com<br>Zachary D. Smith<br>(admitted PHV)<br>zachary.smith@afslaw.com<br>Eric Roman (admitted PHV)<br>Eric.roman@afslaw.com<br>ArentFox Schiff LLP<br>1717 K Street NW<br>Washington, D.C. 20006<br>Telephone: 202-857-6000<br>*Counsel for Plaintiff Cole-Parmer Instrument Company LLC*<br><br>Counsel for the Plaintiff | Lydia B. Cannizzo  (FBN 161543)<br>Email:<br>Lydia.Cannizzo@Cannizzochamberlin.net<br>Cannizzolaw@comcast.net<br>Cannizzo & Chamberlin, PA<br>8759 SW 53rd Street,<br>Cooper City, FL 33328<br>(954)680-1699<br>Counsel for the Defendant – Professional Laboratories, Inc. |

3